UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MEGAN R. RIVERA | ) | |
| | ) | |
| v. | ) | No. 2:17-cv-0077 |
| | ) | Chief Judge Crenshaw |
| COMMISSIONER OF SOCIAL SECURITY | ) | |

### ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. No. 16) in this social security case recommending that Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 13) be denied and that the decision of the Commissioner of Social Security be affirmed. No objections have been filed. Having undertaken the *de novo* review required by Rule 72 of the Federal Rule of Civil Procedure, the Court agrees with the recommended disposition. Accordingly,

(1) The Report and Recommendation (Doc. No. 16) is hereby **APPROVED AND ADOPTED**;

(2) Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 13) is **DENIED**;

(3) The Commissioner's decision terminating Supplemental Security Income is **AFFIRMED**; and

(4) This case is hereby **DISMISSED WITH PREJUDICE**.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Appellate Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE